**No. 58519.**—R. M. Bowden Smith *v.* United States, protests 233257–K and 233258–K (Boston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.